# No. 11-1131

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION, MDL NO. 1700

---

MICHAEL TOFAUTE, ET AL.,
    Plaintiffs-Appellants,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
    Defendant-Appellee.

---

**On Appeal from the United States District Court for the Northern District of Indiana, Hon. Robert L. Miller, Jr., Judge
District Court Case No. 3:05 CV 595**

---

**PARTIES' JOINT STATUS REPORT AND REQUEST FOR DISMISSAL PURSUANT TO FRAP 42.**

---

Per the Court's August 10, 2017 Order, the parties hereby submit this joint status report. The appeal from the final judgment entered in New Jersey class action, *Tofaute v. FedEx Ground*, 3:05 CV 595, docketed as Case No. 17-2400, was voluntarily dismissed pursuant to Federal Rule of Civil Procedure 42(b). The order of dismissal and mandate issued from this Court on October 16, 2017. See Doc. Nos. 26-1 and 26-2.

The parties therefore jointly request that the above-captioned pending appeal and the related cross-appeal be dismissed pursuant to Federal Rules of Appellate Procedure 42(b).  Each party has agreed to bear its own costs and fees on appeal.


Dated:  10/17/2017              Respectfully submitted,

                                /S/  BETH A. ROSS
                                Beth A. Ross
                                *Counsel of Record*
                                LEONARD CARDER, LLP
                                1330 Broadway, Suite 1450
                                Oakland, CA 94612
                                Tel: (510) 272-0169


Robert I. Harwood
Matthew M. Houston
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400

Susan E. Ellingstad
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

*Plaintiffs-Appellants' Counsel*

| | |
|---|---|
| J. TIMOTHY EATON | /S/  JONATHAN D. HACKER |
| TAFT STETTINIUS & HOLLISTER LLP | Jonathan D. Hacker |
| 111 E. Wacker Drive | *Counsel of Record* |
| Suite 2800 | O'MELVENY & MYERS LLP |
| Chicago, Illinois 60601 | 1625 Eye Street, N.W. |
| (312) 527-4000 | Washington, D.C. 20006 |
| | (202) 383-5300 |

*Attorneys for Defendant-Appellee FedEx Ground Package System, Inc.*

## FILER'S ATTESTATION

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: October 17, 2017　　　　　　　　　LEONARD CARDER LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ BETH A. ROSS
　　　　　　　　　　　　　　　　　　　　　　　Beth A. Ross

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs and Plaintiff Class–Appellants

# **CERTIFICATE OF SERVICE**

     I hereby certify that on October 17, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

                                            /S/ BETH A.ROSS
                                            Beth A. Ross